NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMBASE CORPORATION AND CARTERET BANCORP, INC.,**
*Plaintiffs-Cross Appellants,*

AND

**FEDERAL DEPOSIT INSURANCE CORPORATION,**
*Plaintiff-Cross Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2012-5047, -5048, -5049

---

Appeals from the United States Court of Federal Claims in case no. 93-CV-531, Senior Judge Loren A. Smith.

---

## ON MOTION

---

## ORDER

The parties jointly move for a limited remand to the United States Court of Federal Claims for the purpose of seeking approval of their settlement agreement pursuant

to Court of Federal Claims Rule 23.1(c). The parties also move to hold the appeals in abeyance pending the Court of Federal Claims' approval or disapproval of the settlement agreement.

This court grants the motion to the extent that we remand for the limited purpose of the Court of Federal Claims's consideration of the parties' motions. We retain jurisdiction so that any of the parties may seek appellate review by notifying the clerk of the court within thirty days of entry of the court's determination on remand. The appeals are held in abeyance pending the resolution of the motion by the Court of Federal Claims. The parties should promptly inform this court of the Court of Federal Claims' ruling on the motion and should propose how they believe the appeals should proceed in light of the court's ruling.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted to the extent explained above. This court retains jurisdiction over the appeals at this time.

(2) All other pending motions are moot.

FOR THE COURT

OCT 0 3 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Charles J. Cooper, Esq.
John M. Dorsey, III, Esq.
Jeanne E. Davidson, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 3 2012

JAN HORBALY
CLERK